JAN P. JOHNSON
Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 09-24727-B-3J |
| EMILIA MANINANG, DIOSDADO MANINANG | TRUSTEE'S NOTICE OF UNCLAIMED FUNDS |
| Debtor(s) | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

JAN P. JOHNSON, Chapter 13 Trustee, herewith submits check number 184977 of which $1660.95, represents the total amount of unclaimed funds in the above captioned bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The intended recipient(s) of these funds is as follows:

///

///

///

1

| CLAIM NUMBER | NAME/ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| 0 | EMILIA MANINANG, DIOSDADO MANINANG 2707 TUCKAWAY CT FAIRFIELD CA 94534 | N/A | **1660.95** |

TOTAL CHECK: $1723.51

Dated: September 28, 2010

Jan P. Johnson, Chapter 13 Trustee